FILED ✓ / RECEIVED / LODGED / COPY

NOV 21 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. CR-17-01531-PHX-DGC(ESW) |
| v. | **INDICTMENT** |
| Jose Luis Alcaraz-Parra,<br>a.k.a.: Jose A. Angulo,<br>a.k.a.: Alejandro Valdez Felix,<br>a.k.a.: Jose Aispuro Angulo, | VIO: 8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien)<br>Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about June 4, 2014, at or near Phoenix, in the District of Arizona, JOSE LUIS ALCARAZ-PARRA, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 5, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 21, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
MARGARET PERLMETER
Assistant U.S. Attorney